April 23rd, 2025

Clerk of the Court
United States District Court
District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:  *Wescott versus Eastern University*

Dear Clerk:

I'd like to get your help in filing/docketing a new legal complaint, *Wescott versus Eastern University*.

I have enclosed:

- Civil cover sheet
- Two legal complaints
- Application to proceed *in forma pauperis*

I've also enclosed a SASE (Self-Addressed Stamped Envelope) for Priority Mail back to me, that you can use for the return of the endorsed complaint (*Wescott versus Eastern University*)

I'm hoping you can file/docket and then send me back whatever paperwork you'd like me to have, hopefully including at least one stamped legal complaint.

If I left anything out or made any mistakes would you kindly call me (or email), so I can send in whatever's missing?

Thanks so much.  Sincerely

*[signature]*

Carl A. Wescott  (carlwescott2025@gmail.com)
+1 276 773 7377
8210 E. via de la Escuela
Scottsdale, AZ 85258

1

CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

# UNITED STATES DISTRICT COURT
## DISTRICT OF PENNSYLVANIA
## EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>               Plaintiff,<br><br>vs.<br><br>EASTERN UNIVERSITY;<br><br>               Defendants.<br><br>+ DOES 1 through 10 | Civil Action No. _____<br><br>**PLAINTIFF'S VERIFIED LEGAL COMPLAINT FOR VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164** |

Plaintiff Carl A. Wescott, proceeding *pro se,* complains of Defendant Eastern University. In support of his legal complaint, the Plaintiff alleges as follows:

### The Parties: Plaintiff and Defendants

1. Carl Wescott is an individual presently residing in Scottsdale, Arizona.

2. Eastern University is a Christian university near Philadelphia offering more than 130 nationally-recognized undergraduate and graduate degree programs and certifications. Eastern University claims to have "core values of faith, reason, and justice", but in reality is in the business of stealing from its students and "riding the float" on students' money in violation of federal law.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

1

3. Collectively, the Plaintiff and the Defendants are "the Parties."

**Allegations regarding conspiracy between defendants**

4. Plaintiff believes that with discovery, individual defendants shall emerge who will be added to this legal complaint.

5. Plaintiff is informed and believes and thereon alleges that at all times material to this Complaint, those individual defendants, in addition to acting for herself and on her own behalf individually, as well as for the benefit of her marital community (if any), is and was acting as the agent, servant, employee, and/or representative of, and with the knowledge, consent, and permission of, and in conspiracy with, each and all of the other Defendants (individual and entities) and within the course, scope, and authority of that agency, service, employment, representation, and conspiracy.

6. Plaintiff further alleges on information and belief that the acts of each of the Defendants were fully ratified by each and all the other Defendants.

7. Specifically, and without limitation, Plaintiff alleges on information and belief that the tortious actions, failures to act, breaches, and negligence alleged herein and attributed to one or more of the specific Defendants were approved, ratified, and/or done with the cooperation and knowledge of each and in conspiracy with all other Defendants (individual and corporate)

8. In addition, upon information and belief, there are more nefarious corporate, trust, and government and other entity type Defendants involved in these conspiracies, besides Eastern University, currently unknown to Plaintiff. They shall emerge with the benefit of legal discovery.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

9. Plaintiff is informed and believes and thereon alleges that at all times material to this Complaint, all such entities, in addition to acting for itself and for its own behalf, was acting as the agent, servant, and/or representative of, and with the knowledge, consent, and permission of, and in conspiracy with, each and all of the Defendants (entity and individual) and within the course, scope, and authority of that agency, service, employment, representation, and conspiracy.

10. Plaintiff further alleges on information and belief that the acts of each of the Defendants were fully ratified by each and all of the Defendants. Specifically, and without limitation, Plaintiff alleges on information and belief that the tortious actions, failures to act, breaches, and negligence alleged herein and attributed to one or more of the specific Defendants were approved, ratified, and/or done with the cooperation and knowledge of each and in conspiracy with all other Defendants (individual and corporate).

## Jurisdiction and Venue

11. Eastern University is outside Philadelphia in Pennsylvania.

12. Thus, this Court is the appropriate venue for adjudication of the parties' issues.

13. The basis for federal court is that there is a question of federal law. The Plaintiff alleges that Eastern University violated 34 CFR § 668.164.

## Main Basis for Federal Court – Question of Federal Law

14. The main allegation in this legal complaint is that the Defendant, Eastern University, violated a federal statute 34 CFR § 668.164.

15. 34 CFR § 668.164 section (h) reads as follows:

> **(h) *Title IV, HEA credit balances.***
> **(1)** A title IV, HEA credit balance occurs whenever the amount of title IV, HEA program funds credited to a student's ledger account for a payment period exceeds the amount assessed the student for allowable charges associated with that payment period as provided under paragraph (c) of this section.
> **(2)** A title IV, HEA credit balance must be paid directly to the student or parent as soon as possible, but no later than—
>     **(i)** Fourteen (14) days after the balance occurred if the credit balance occurred after the first day of class of a payment period; or
>     **(ii)** Fourteen (14) days after the first day of class of a payment period if the credit balance occurred on or before the first day of class of that payment period.  *(34 CFR § 668.164 section (h))*

16. However, the Plaintiff alleges that the Defendant held on to part of the Plaintiff's funds ("the credit balance") for 85 days, rather than 14 days, damaging the Plaintiff.

17. The Defendant still has part of the Plaintiff's quoted credit balance, so the situation is ongoing, with that other part held for over 100 days at this point.

**Underlying Facts & Background Context Prior to Eastern University's business managers converting the Plaintiff's funds**

18. The Plaintiff used to work in Silicon Valley where he was a highly compensated individual. For example, his 1999 W2 was for US $600,000.00. (Which works out to $300 per hour for his time working, that year).

19. As a computer consultant, he billed some clients US $10,000 per day plus expenses. ($1250 per hour).

20. More recently, his most recent consulting contract was for US $1000/hour.

21. So, the Plaintiff's time is valuable.

22. The Plaintiff has faced rampant age discrimination in the computer/technology industry.

23. The Plaintiff decided to further his education so that he is even better equipped in the workplace.

24. The Plaintiff used to be wealthy but poor investments decisions wiped him out and led him to bankruptcy and a divorce.

25. So while the Plaintiff's time is valuable, he currently has no significant assets, and very little money (less than $500 in his checking and savings and credit union accounts).

26. In the aftermath of the Defendant's keeping his money for months (rather than sending it to the Plaintiff within 14 days as per the 34 CFR 668.164, the Plaintiff has been rendered homeless.

27. The Plaintiff just applied for and was awarded EBT/SNAP/food stamps.

**Enrollment at Eastern University including Financial Aid offer resulting in credit balance**

28. Earlier this year, the Plaintiff enrolled and registered for online classes at Eastern University, that started Monday, January 13th, 2025.

29. Prior to the beginning of classes, the Plaintiff talked to and corresponded (emailed) with the financial aid department at Eastern University.

30. The Plaintiff made it clear that he was dependent on financial aid not only for his tuition, but also for room and board.

31. With other schools he has attended, the credit balance has generally been sent by ACH directly to the Plaintiff's bank account on the 8th day after the beginning of the term.

32. Given that federal law requires that the credit balance be refunded within 14 days of the start of the term, it is prudent for the schools to send the credit balance before that, in case there are issues with the ACH (direct deposit to the student's bank account).

5
**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

33. For this term, the Plaintiff had tuition costs of $2152, and had an initial financial aid offer, that he accepted, of $5072. So for his initial offer, the Plaintiff had a credit balance of $2920 for room and board that Eastern was required to reimburse.

34. Then Eastern made a higher financial aid offer of over $6000, resulting in a credit balance of over $4000.

**However, Eastern University violates federal law 34 CFR 668.164**

35. However, on January 15th, the Plaintiff learned from Eastern University's financial aid department that the disbursement date for his credit balance would be 10 days after March 25th, 2025 or around April 8th, 2025.

36. The Plaintiff inquired: it is Eastern University policy to hold on to students' money for those extra months.

37. Eastern University violates 34 CFR 668.164 for many other students!

38. The Plaintiff ultimately did receive part of his credit balance of $2354 on April 8th, 2025.

39. Per 34 CFR 668.164, Eastern University should have sent the Plaintiff's full credit balance within 14 days of Monday, January 13th, 2025, or by Monday, January 27th, 2025.

40. Eastern sent a partial credit balance payment on April 8th, 71 days late, a total of 85 days after the beginning of the term.

**Current situation/status quo**

41. The Plaintiff could not pay his apartment rent.

42. The Plaintiff's check for his apartment bounced.

6
**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

43. The Plaintiff had to leave his apartment.

44. The Plaintiff had to drop out of Eastern University and has focusing on making money so he can afford a new place to live and the other financial obligations of life.

45. The Plaintiff has lost the $2152 he paid for tuition at Eastern University.

46. The Plaintiff has lost his apartment deposit of around $1600.

47. The Plaintiff breached his apartment lease.

48. Out of options, the Plaintiff flew to stay with a friend, then in a hotel, and then his mother, investing over $1000 and airline miles worth $1768 on airfare he would not have needed to spend otherwise.

49. After leaving his apartment, the Plaintiff paid over $600 in hotel bills he would not have needed to spend if he was still in his apartment.

50. The Plaintiff per the terms of his contract now owes an additional wasted US $2268.80 to his landlord as a penalty in their contract.

51. The Plaintiff is subject to litigation over the break in his apartment lease, especially since he cannot currently afford to pay the two-month penalty in his apartment lease contract.

52. The Plaintiff has invested dozens of hours in Eastern University-related activities, entirely wasted.

53. At jury trial, we will determine the value of the Plaintiff's wasted time, which is approximately 25 to 30 hours.

54. Based on his past earnings, his wasted time thus far could be valued at $7500 or more.

55. The Plaintiff has now lost a term of his life in his plan for his education and then to get back to work and make a lot more money.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

56. The Plaintiff has now lost at least US $80,769.23 of future compensation, perhaps more. (The Plaintiff earned US $600,000 in a previous year's W2/salaried income, so using that to calculate this number results in US $150,000 of lost income given that there are four terms in a year. If calculating the impact given that terms are only 7 weeks long, the Plaintiff expects to lose US $80,769.23 in future compensation when he takes classes in a future term to replace the education he signed up for and paid for to Eastern University).

**Law Logic and Facts Showing that Eastern University did violate 34 CFR 668.164**

57. The Plaintiff alleges that the Defendant, Eastern University, violated a federal statute 34 CFR § 668.164.

58. 34 CFR § 668.164 section (h) reads as follows:

> **(h) *Title IV, HEA credit balances.***
> (1) A title IV, HEA credit balance occurs whenever the amount of title IV, HEA program funds credited to a student's ledger account for a payment period exceeds the amount assessed the student for allowable charges associated with that payment period as provided under paragraph (c) of this section.
> (2) A title IV, HEA credit balance must be paid directly to the student or parent as soon as possible, but no later than—
>     (i) Fourteen (14) days after the balance occurred if the credit balance occurred after the first day of class of a payment period; or
>     (ii) Fourteen (14) days after the first day of class of a payment period if the credit balance occurred on or before the first day of class of that payment period. *(34 CFR § 668.164 section (h))*

59. However, the Plaintiff alleges that the Defendant held on to part of the Plaintiff's funds ("the credit balance") for 85 days, rather than 14 days, damaging the Plaintiff.

60. The Defendant still has part of the Plaintiff's quoted credit balance, so the situation is ongoing, with that other part held for over 100 days at this point.

8
**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

61. The Plaintiff ultimately did receive part of his credit balance of $2354 on April 8th, 2025.

62. Per 34 CFR 668.164, Eastern University should have sent the Plaintiff's full credit balance within 14 days of Monday, January 13th, 2025, or by Monday, January 27th, 2025.

63. The Plaintiff had a credit balance prior to the beginning of the term.

64. Relatedly, the Plaintiff entered his ACH direct deposit information prior to 9:35 am Pacific time on Monday, January 13th, 2025.

65. Therefore, 34 CFR 668.164 (h) (2) (ii) applies rather than 34 CFR (h) (2) (i):

> **(2)** A title IV, HEA credit balance must be paid directly to the student or parent as soon as possible, but no later than—
>   **(ii)** Fourteen (14) days after the first day of class of a payment period if the credit balance occurred on or before the first day of class of that payment period.  *(34 CFR 668.164 (h) (2) (ii))*

66. Eastern sent a partial credit balance payment via ACH on April 8th, 71 days late, a total of 85 days after the beginning of the term.

67. 85 days is greater than 14 days.

68. Therefore, Eastern violated CFR 668.164 (h) (2) (ii).

69. The Plaintiff or his future attorney will fully prove this allegation at jury trial, or better yet, in a Rule 56 Motion for Summary Judgment well before jury trial.

70. The Plaintiff or his future attorney will also prove up the damages caused by Defendant Eastern University's violation of federal law.

71. To benefit the other students at Eastern University, the Plaintiff or his future attorney may also request injunctive relief, more specifically an Order requiring Eastern University to conform its practices to federal law.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

**Legal complaint requesting a jury trial**

72. The Plaintiff has been damaged by Defendant Eastern University's keeping his credit balance in violation of 34 CFR 668.164.

73. The Plaintiff, unfortunately, has been left with no choice but to file this legal complaint in hopes that justice can be served.

74. The Plaintiff is filing this legal complaint in hopes that justice can be served.

75. The Plaintiff hereby respectfully requests a jury trial on all issues raised herein, including all triable facts and issues related to his current causes of action and any facts, issues, requests, and/or causes of action that the Plaintiff or his future attorney may add within the timelines allowed by this Court.

**Count I** – Violation of federal statute 34 CFR 668.164

76. The Plaintiff realleges paragraphs 1-75 as if fully set out herein.

77. The main allegation in this legal complaint is that the Defendant, Eastern University, violated a federal statute 34 CFR § 668.164.

78. 34 CFR 668.164 (h)(2) provides that a "title IV, HEA credit balance must be paid directly to the student or parent as soon as possible, but no later than **(i)** Fourteen (14) days after the balance occurred if the credit balance." *(34 CFR 668.164 (h)(2))*

79. The Defendant held on to the Plaintiff's credit balance for 85 days, which is significantly greater than 14 days.

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

80. The Plaintiff has been damaged by the Defendant's violation of federal law, more specifically 34 CFR 668.164 (h)(2)(i).

81. The Defendant's violation of federal law is the proximate cause of the Plaintiff's damages.

82. All allegations and precise damages to be proven at jury trial.

WHEREFORE, PLAINTIFF PRAYS:

(a) As to Count I for all direct and consequential damages caused by Defendant's violation of federal law (34 CFR 668.164), along with the imposition of exemplary damages to deter the Defendant from violating federal law and harming other students in the future;

(b) For reasonable compensation for the value of his time in representing himself while he cannot afford an attorney (*quantum meruit*);

(c) For reasonable future attorney's and paralegal fees and costs including administrative, filing, service, Court reporter, jury fees, travel costs and for all other reasonable costs of this action and;

(d) For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED

_____
Carl A. Wescott, *pro se*
April 23rd, 2025

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

## VERIFICATION

I, Carl A. Wescott, under penalties provided by Pennsylvania law and under the federal laws of the United States of America, certify that the facts set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_/s/ CA Wescott_

**PLAINTIFF'S VERIFIED LEGAL COMPLAINT:
VIOLATION OF FEDERAL STATUTE 34 CFR § 668.164**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Carl A. Wescott

### DEFENDANTS
Eastern University

**(b)** County of Residence of First Listed Plaintiff: **Maricopa County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Delaware County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
N/A (attorneys). Plaintiff is at 8210 E. via de la Escuela, Scottsdale, AZ 85258 and 276 773 7377

Attorneys *(If Known)*
N/A (unknown)

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
34 CFR § 668.164

Brief description of cause:
Defendant Eastern University held on to Plaintiff's credit balance for months, violating 34 CFR § 668.164, damaging Plaintiff

### VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ see complaint

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: April 23rd, 2025
SIGNATURE OF ATTORNEY OF RECORD: pro se plaintiff  /s/ C.A. Wescott

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

FROM:

Carl Wescott
8210 E. Via de la
Escuela
Scottsdale AZ

TO:

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
(215) 597-7704

---

**UNITED STATES POSTAL SERVICE** — Retail

**P** US POSTAGE PAID
$0.00
Origin: 85258
04/23/25
0376620632-31

PRIORITY MAIL®
0 Lb 8.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 04/28/25

C019

SHIP TO:
RM 2609
601 MARKET ST
PHILADELPHIA PA 19106-1732

USPS TRACKING® #
9505 5131 7474 5113 2073 29

RECEIVED APR 25 2025