

**ARIZONA**
— DEPARTMENT OF —
ECONOMIC SECURITY



Department of Economic Security
Family Assistance Administration
P.O. Box 19009
Phoenix, AZ 85005

*EXHIBIT A*

Case Number: 04516061
Notice Number: F100
Notice Date: March 06, 2025
Program: Nutrition Assistance (NA)

Carl Wescott
8210 E Via De La Escuela
Scottsdale, AZ 85258

# NUTRITION ASSISTANCE (NA) APPROVAL NOTICE

## ** We now offer all services by telephone **

Dear Carl Wescott,

### BENEFITS APPROVED

We processed your application for Nutrition Assistance (NA) turned in on **February 05, 2025**. We have approved you for NA benefits.

You will get NA benefits from **February 2025** to **January 2026**.

### YOUR BENEFITS AMOUNT

Your household will get $250.00 for **February 2025**. Starting in **March 2025**, you will get $292.00 on the 12th day of the month.

### HOW TO GET YOUR BENEFITS

Your NA benefits will be placed on your Electronic Benefits Transfer (EBT) card. If you do not have an EBT card, you can call 1 (888) 997-9333 to ask for one. The TTY/TDD number for the hearing impaired is 1 (800) 367-8939.

### IMPORTANT – REPORTING CHANGES

You must report any changes listed below by the 10th day of the month following the month the change occurs.

- When the gross income for your household totals more than $1632 per month. Gross income is the amount of your income before any deductions.

- When you are an able-bodied adult between the ages of 18 and 54 with no dependent children, you must report if your work hours are decreased below 80 hours per month. - When any household member receives lottery or gambling winnings of $4500 or more in a single game.

CASE NAME: CARL WESCOTT     CASE NUMBER: 04516061     DATE OF NOTICE: 03/06/2025
Page 1 of 3
0641859 1002258050100225



**ARIZONA DEPARTMENT OF ECONOMIC SECURITY**

## HOW TO REPORT CHANGES

- Call 1 (855) 432-7587 Monday - Friday, 7:00 a.m. to 6:00 p.m.
- The TTY/TDD number for the hearing impaired is 7-1-1.
- Online at www.healthearizonaplus.gov or myfamilybenefits.azdes.gov.
- Mail your change report to PO BOX 19009, Phoenix, AZ 85005.
- Fax your change report to (602) 257-7031 or toll free to (844) 680-9840.
- In person at any Department of Economic Security Family Assistance Administration office.

## MID APPROVAL CONTACT (MAC)

Since you are approved for a 12 month approval period, we will send you a Mid Approval Contact (MAC) form halfway through your approval period. You must answer all questions on the form, sign the form, and turn it in or your benefits will be stopped.

## WHO IS INCLUDED IN YOUR NUTRITION ASSISTANCE HOUSEHOLD

| CLIENT NAME | DATE OF BIRTH |
|---|---|
| WESCOTT, CARL A | 06/15/67 |

## HOW YOUR MONTHLY BENEFITS WERE DETERMINED

We used your household's income of $0.00 and your household's deductions of $0.00 to figure out the NA benefits your household will get each month.

## WHAT TO DO IF YOU HAVE QUESTIONS

- Go online to myfamilybenefits.azdes.gov or healthearizonaplus.gov for more information about appointments, the status of your application, benefits, and eligibility.
- Call 1 (855) 432-7587 Monday - Friday, 7:00 a.m. to 6:00 p.m.
  The TTY/TDD number for the hearing impaired is 7-1-1.
- In person at any Department of Economic Security Family Assistance Administration office.

## WHAT TO DO IF YOU DO NOT AGREE WITH THIS DECISION

You may appeal by:
- Filling out the Hearing Request form included with this notice and return it in person at any Department of Economic Security, Family Assistance Administration office. Or fax to (602) 257-7058, (602) 257-7056, or (602) 257-7055.
- You may call (602) 771-9019 or toll free at 1 (877) 525-9990.
- Mail your request to:
   Department of Economic Security
   P O Box 19009
   Phoenix, AZ 85005-9009
- Go online to www.healthearizonaplus.gov and sign into your account.

You can request your benefits to continue pending an appeal, but you may have to pay back the benefits you were not entitled to get.

## FREE LEGAL HELP

| CASE NAME: CARL WESCOTT | CASE NUMBER: 04516061 | DATE OF NOTICE: 03/06/2025 |
|---|---|---|

Page 2 of 3

# ARIZONA
## DEPARTMENT OF ECONOMIC SECURITY



You may contact COMMUNITY LEGAL SERVICES at WWW.CLSAZ.ORG or 800-852-9075.

## QUALITY CONTROL REVIEW

Cases are selected for quality control review. If your case is selected, you will receive a notice from the Office of Program Evaluation to arrange an interview. If you do not comply with the review, your NA benefits may stop.

## RULES WE USED TO MAKE OUR DECISION

- Who is in your household: 7 Code of Federal Regulations (CFR): section 273.1;
- Sponsor income: 7 CFR section 273.4 ©;
- Income and deductions: 7 CFR section 273.9;
- Determining household eligibility and benefit levels: 7 CFR section 273.10;
- Action on households with special circumstances: 7 CFR section 273.11;
- Changing benefits without notice if your CA or TPEP application is approved: 7 CFR section 273.13(b)(6); and
- Claims against households; overpayments: 7 CFR section 273.18.

## WHERE TO FIND THE RULES

You can find these rules at any of the following:
- At a public library and
- On the Internet at CFR: www.ecfr.gov/.

---

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity. Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.  To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA.  The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation.  The completed AD-3027 form or letter must be submitted to: mail: Food and Nutrition Service, USDA 1320 Braddock Place, Room 334, Alexandria, VA 22314; or fax: (833) 256-1665 or (202) 690-7442; or email: FNSCIVILRIGHTSCOMPLAINTS@usda.gov
This institution is an equal opportunity provider.

Este aviso se refiere a la información importante acerca de sus beneficios, los plazos cortos para pedir una Audiencia y la manera de seguir recibiendo beneficios si usted está en desacuerdo con nuestra decisión. Llame de inmediato al DES al 1 (855) 432-7587 y DES le leerán este aviso a usted en español.

---

**CASE NAME: CARL WESCOTT**    **CASE NUMBER: 04516061**    **DATE OF NOTICE: 03/06/2025**

0641859 1002258050200225

PRIORITY MAIL
PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE
Retail

P
US POSTAGE PAID
$0.00
Origin: 85258
04/23/25
0376620632-31

PRIORITY MAIL®

0 Lb 8.50 Oz
RDC 03

EXPECTED DELIVERY DAY: 04/28/25
C019

SHIP TO:
RM 2609
601 MARKET ST
PHILADELPHIA PA 19106-1732

USPS TRACKING® #

9505 5131 7474 5113 2073 29

RECEIVED APR 25

FROM:
Carl Wescott
8210 E. Via de la
Huerta-Escuela
Scottsdale AZ

TO:
Clerk of the Court
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
(215) 597-7704