CARL A. WESCOTT
8210 E. Via de la Escuela
Scottsdale, AZ 85258
*in propria persona*
+1 276 773 7377

# UNITED STATES DISTRICT COURT
# DISTRICT OF PENNSYLVANIA
# EASTERN DIVISION

| | |
|---|---|
| CARL A. WESCOTT,<br><br>           Plaintiff,<br><br>vs.<br><br>EASTERN UNIVERSITY,<br><br>           Defendant. | Civil Action No. **25-cv-2088**<br><br>**PLAINTIFF'S MOTION REQUESTING ORDER FOR SERVICE OF PROCESS** |

      Plaintiff Carl A. Wescott, proceeding *pro se,* hereby respectfully requests that the Court order service of process of the Plaintiff's Legal Complaint.

      In this action, Plaintiff proceeds *pro se* and *in forma pauperis*. Per *FRCP 4(c)(3)* and *28 USC 1915(d),* with such a Plaintiff, the Court may order that service "be made by a US Marshal or deputy marshal or by a person specially appointed by the Court." *Fed. R. Civ. P. 4(c)(3).*

      The Plaintiff hereby respectfully requests that the Court order service of process of Defendant using the US Marshals and the attached USM-285.

      RESPECTFULLY SUBMITTED                        *Carl A. Wescott*

                                                                                   Carl A. Wescott, *pro se*

**PLAINTIFF'S MOTION REQUESTING ORDER FOR SERVICE OF PROCESS**

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Carl A. Wescott | 25-cv-2088 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Eastern University | service of process; complaint/summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
EASTERN UNIVERSITY
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
300 Eagle Road St. Davids, PA 19087-3696

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Carl A. Wescott
8210 e. via de la Escuela
Scottsdale, AZ 85258

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Standard business hours should work.

Signature of Attorney other Originator requesting service on behalf of: pro se plaintiff
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 276 773 7377
DATE: 5/1/2025

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

REMARKS

Form USM-285
Rev. 03/21

**PLAINTIFF'S MOTION REQUESTING ORDER FOR SERVICE OF PROCESS**