[Clerks Office Only]

Name:

Carl A. Wescott

Email Address:

carlwescott2025@gmail.com

Phone Number

2767737377

Are you filing a new case?

No, I'm not filing a new case.

Case Caption

Wescott versus Eastern University

Case Number

25-cv-2088

Description of Document(s)

PLAINTIFF'S MOTION REQUESTING ORDER FOR SERVICE OF PROCESS

Terms of Submission

Yes

Do you have a mailing address?

Yes

Select 'Yes' if you do not have a mailing address.

Mailing Address Line 1

8210 e via de la escuela

Mailing Address Line 2

City:

scottsdale

State:

az

Zip Code:

85258

Other

Hide empty values