May 5th, 2025

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
(215) 597-7704

Re: *Wescott versus Eastern University* 25-cv-2088

Dear Clerk:

On Friday I filed a Motion in Wescott versus Eastern University (25-cv-2088) for service of process to occur, but the I shrank the USM-285 attached to fit on legal paper.

In retrospect, I've realized you might need the USM-285 in its original form, so I am including it here for when Eastern University is served.

Thank you!

_____
Carl A. Wescott  (carlwescott2025@gmail.com)
+1 276 773 7377
8210 E. via de la Escuela
Scottsdale, AZ 85258

1

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF**: Carl A. Wescott | **COURT CASE NUMBER**: 25-cv-2088 |
| **DEFENDANT**: Eastern University | **TYPE OF PROCESS**: service of process; complaint/summons |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: EASTERN UNIVERSITY
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 300 Eagle Road St. Davids, PA 19087-3696

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

Carl A. Wescott
8210 e. via de la Escuela
Scottsdale, AZ 85258

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.: 

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Standard business hours should work.

*pro se plaintiff*

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER**: 276 773 7377
**DATE**: 5/1/2025

/s/ C. A. Wescott

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|
| | | | |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Form USM-285
Rev. 03/21

From Carl A. Wescott
8210 E. via de la Escuela
Scottsdale, AZ 85258

**To**
Clerk of the Court
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797
(215) 597-7704

PHOENIX AZ 852
5 MAY 2025 PM 10 L

RECEIVED MAY -8 2025

U.S.M.S (X-RAY)