IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL A. WESCOTT,  :  Plaintiff,  : | |
| : | |
| v.   : | CIVIL ACTION NO. 25-CV-2088 |
| : | |
| EASTERN UNIVERSITY, *et al.*,  :  Defendants.   : | |

**ORDER**

AND NOW, this 26th day of June, 2025, upon consideration of Plaintiff Carl A. Wescott's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion Requesting Order for Service of Process (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

4. The Motion Requesting Order for Service of Process (ECF No. 4) is **DENIED AS MOOT**.

5. The Clerk of the Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**KELLEY BRISBON HODGE, J.**